**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   06-cv-02416-LTB-CBS

ROSS PORTER, and
ROSS PORTER d/b/a ROCKY MOUNTAIN HIGH,

      Plaintiffs,

v.

TELLER COUNTY BOARD OF COUNTY COMMISSIONERS,

      Defendant.

_____

**ORDER**
_____

Upon Plaintiffs' Reply in Support of Motion for Leave to Amend Complaint and Jury Demand (Doc 33 - filed October 24, 2007), it is

ORDERED that Plaintiffs' Motion to Amend Complaint and Jury Demand (Doc 29) is GRANTED and the tendered Amended Complaint is accepted for filing.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: October 25, 2007