# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02416-LTB-CBS

ROSS PORTER, and
ROSS PORTER d/b/a ROCKY MOUNTAIN HIGH,

    Plaintiffs,

v.

TELLER COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendant.
_____

## SUPPLEMENTAL ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge **Craig B. Shaffer** is designated to conduct proceedings in this civil action as follows:

( )     Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

( )     Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

( )     Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

( )     Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(**X**)     Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on Defendant's Motion to Enforce Settlement (Doc 69 - filed August 19, 2008).

( )     Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

IT IS FURTHER ORDERED that a copy of this court's pretrial and trial procedures can be found at www.co.uscourts.gov.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: August 20, 2008