# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-02416-LTB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 3, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| ROSS PORTER, and<br>ROSS PORTER d/b/a ROCKY MOUNTAIN HIGH,<br><br>**Plaintiffs,**<br><br>v.<br><br>TELLER COUNTY BOARD OF COUNTY<br>COMMISSIONERS,<br><br>**Defendant.** | Carla L. Baker-Sikes, via telephone<br><br><br><br><br><br>Melanie B. Lewis, via telephone |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC SETTLEMENT CONFERENCE**
**Court in Session:** 4:30 p.m.
Court calls case. Appearances of counsel. Plaintiff, Ross Porter, is also present on the telephone for the conference.

The parties advise the court of the revised settlement agreement that the parties have reached. Counsel and the parties state that they agree to the revised agreement.

**ORDERED:** A stipulated motion to dismiss shall be submitted to the Court on or before September 12, 2008. All further deadlines and hearings before Magistrate Judge Shaffer are hereby vacated.

**ORDERED:** Defendant's Motion to Enforce Settlement [filed August 19, 2008; doc. 69] is denied as moot.

**ORDERED:** The oral motion to withdraw without prejudice Defendant's Motion for Summary Judgment [filed June 13, 2008; doc. 61] is granted. The motion (*doc. 61*) is hereby withdrawn without prejudice.

**ORDERED:** The Third Motion for Extension of Time to File Response to Defendant's Motion for Summary Judgment [filed August 25, 2008; doc. 73] is denied as moot.

**ORDERED:** The oral motion to withdraw the Motion to Withdraw as Plaintiffs' Counsel [filed August 1, 2008; doc. 64] is granted. The motion (*doc. 64*) is hereby withdrawn.

HEARING CONCLUDED.

**Court in recess:** 4:41 p.m.
Total time in court: 00:11