**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-02416-LTB-CBS

ROSS PORTER, and
ROSS PORTER d/b/a ROCKY MOUNTAIN HIGH,

    Plaintiffs,

v.

TELLER COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Joint Stipulated Motion to Dismiss With Prejudice (Doc 83 - filed September 12, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: September 15, 2008